772

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
CHARLES GAWLICK, Appellant, v. CHEMICAL LEAMAN TANK LINES, INC., Respondent, et al., Defendant.—

Present — Del Vecchio, J. P., Marsh, Witmer, Bastow and Henry, JJ.
JOHN GLOMBOSKI, Plaintiff, v. BALTIMORE & OHIO RAILROAD, Defendant, and Third-Party Plaintiff-Respondent. BARBER-GREENE COMPANY, Third-Party Defendant-Appellant.—